HMK/mhb CH 7987

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMSUNG AMERICA, INC., FEDERAL
INSURANCE COMPANY

|  |  |
|---|---|
| Plaintiffs, | 08 CV 4109 (NRB)((RLE) ECF CASE |
| -against- |  |
| M/V HANJIN MIAMI, her engines, boilers, tackle, etc., CONTI 32 CONTAINER SCHIFFAHRTS GMBH & CO KG, MS "CONTI MIAMI", NSB NIEDERELBE, HANJIN SHIPPING CO., LTD. | **RULE 7.1 STATEMENT** |
| Defendants |  |

-------------------------------------------------------------X

PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: April 22, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiffs

                                              BY:__/S/_____
                                                 HAROLD M. KINGSLEY
                                                 91 W. Cherry Street
                                                 Hicksville, New York 11801
                                                 (516) 931-0064