9148/RHD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

Attorneys for Defendant Hanjin Shipping Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMSUNG AMERICA, INC., FEDERAL INSURANCE COMPANY<br><br>                                      Plaintiff,<br><br>- against -<br><br>M/V HANJIN MIAMI, her engines, boilers, tackle, etc., CONTI 32 CONTAINER SCHIFFAHRTS GMBH & CO KG, MS "CONTI MIAMI", NSB NIEDERELBE, HANJIN SHIPPING CO., LTD.<br><br>                                      Defendants. | 08 Civ. 4109 (NRB)(RLE)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hanjin Shipping Co. Ltd., certify that Hanjin Shipping Co. Ltd. is a private (non-governmental) party, has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 19, 2008

                               Respectfully submitted,

                                 CICHANOWICZ, CALLAN, KEANE,
                                 VENGROW & TEXTOR, LLP
                                 Attorneys for Defendant Hanjin Shipping Co. Ltd.

                                 By: s/ Randolph H. Donatelli
                                    Randolph H. Donatelli (RD-5359)
                                 61 Broadway, Suite 3000
                                 New York, New York 10006-2802
                                 (212) 344-7042