# United States District Court

SOUTHERN          DISTRICT OF          NEW YORK

SAMSUNG AMERICA, INC., FEDERAL INSURANCE COMPANY,

Plaintiff,

V.

M/V HANJIN MIAMI, her engines, boilers, tackle, etc., CONTI 32 CONTAINER SCHIFFAHRTS GMBH & CO KG, MS "CONTI MIAMI", NSB NIEDERELBE, HANJIN SHIPPING CO., LTD.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4109

TO:

Conti 32 Container Schiffahrts
GmbH & Co KG ms "Conti Miami"
Harburger Strasse 47-51, 21614
Buxtehude, Germany

NSB Niederelbe
47-51, Harburger Strasse
Buxtehude, Germany

Hanjin Shipping Co., Ltd.
25-11, Yeouido-dong,
Yeongdeungpo-gu, Seoul 150-878
South Korea

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON                        DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

May 6, 2008

SHERIFF'S NUMBER  Law 230699           DEFENDANT 1 OF 1           BERGEN COUNTY SHERIFF DEPT
TYPE OF SERVICE                                                    MARTHA

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE  R. Alfieri
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**                                CHECK #           AMOUNT
KINGSLEY KINGSLEY & CALKINS ESQS.           10286             $  33.60
91 W. CHERRY STREET
HICKSVILLE, NY 11801                        CONTROL # 117989-1

## COURT DATA

COURT    US DISTRICT
DOCKET 08CIV4109              STATE  NY           COUNTY OF VENUE   SOUTHERN

## CAPTION OF CASE

SAMSUNG AMERICA INC ET ALS
VS
M/V HANJIN MIAMI ET ALS

## NAMED WITHIN TO BE SERVICE

NAME              **HANJIN SHIPPING CO LTD**
ADDRESS           **80 E RTE 4 STE ~~390~~ 490**
CITY, STATE, ZIP  **PARAMUS, NJ  07652**

## PAPERS SERVED
VERIFIED COMPLAINT, VERICATION, NOTICE AND SUMMON

### SERVICE DATA RECORDED

[X] SERVED  [ ] UNABLE TO SERVE  (1) _____      DATE  [5]/[9]/[08]
ATTEMPTS  /                     (2) _____      TIME  [1]:[58]:[—]

**REMARKS:** _____

**PERSON SERVED:** Susan Thompson

[ ] COPY PERSONALLY DELIVERED                    [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:                              [ ] REGISTERED AGENT
     COMPETENT HOUSEHOLD MEMBER OVER             [X] AGENT AUTHORIZED TO ACCEPT
     14 YRS OF AGE RESIDING THEREIN              [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

         [ ] IS IN THE MILITARY      [ ] NOT IN THE MILITARY
SEX:     [ ] MALE      [X] FEMALE
SKIN:    [ ] WHITE     [X] BLACK       [ ] YELLOW        [ ] BROWN        [ ] RED
HEIGHT:  [ ] UNDER 5 FEET   [ ] 5.0–5.6 FT   [X] 5.7–6.0 FT   [ ] OVER 6 FT
WEIGHT:  [ ] UNDER 100 LBS  [ ] 100-150 LBS. [X] 151-200 LBS  [ ] OVER 200 LBS
HAIR:    [X] BLACK  [ ] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING
AGE:     [ ] 14-20   [ ] 21-35   [X] 36-50   [ ] 51-65   [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 12 DAY OF 5      20 08

Kimberly Provenzano                           _____
                                              DEPUTY SHERIFF OF BERGEN COUNTY
                                              STATE OF NEW JERSEY

KIMBERLY D. PROVENZANO
COMMISSION EXPIRES
7-13-09