USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

**MEMO ENDORSED**

July 24, 2008

Hon. Naomi Reice Buchwald            **Via Fax**
United States District Court
Southern District of New York
500 Pearl Street, RM 2270
New York, NY 10007

            RE:    Samsung America, Inc. *et al.* v.
                   M/V HANJIN MIAMI, *et al.*
                   08 CV 4109 (NRB)(RLE)
                   Our Ref: CH 7987

Dear Judge Buchwald:

   We represent plaintiff in the above maritime cargo damage matter, and submit this letter jointly on behalf of plaintiff and defendant, as requested at the pretrial conference on July 7, 2008.

   Documents regarding the preparations and transportation of the subject container are still being gathered and reviewed. No further settlement negotiations have been conducted until the documents are reviewed and the facts of this case are fully disclosed.

                                    Respectfully,

                                    [signature]

**MEMO ENDORSED**

SPC/

cc:  Cichanowicz, Callan Keane,            **Via Fax**
     Vengrow & Textor, Esqs.
     Attorneys for Defendant
     Attn: Randolph H. Donatelli, Esq.

Endorsement
The parties are directed to furnish the Court with a status report no later than August 15, 2008.
7/24/08  [signature] Naomi Reice Buchwald, USDJ